# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN MAHONEY, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>-against-<br><br>JAINDL FARMS, LLC.<br>　　　　　　　Defendant. | Case No. 5:22-cv-00041-JLS<br>**NOTICE OF VOLUNTARY<br>DISMISSAL<br>WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs or disbursements to any party.

Dated: Philadelphia, Pennsylvania
　　　　February 11, 2022

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ David S. Glanzberg
　　　　　　　　　　　　　　　　　　　Glanzberg Tobia Law, P.C.
　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*